UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Kirkpatrick, Jr.,

        Plaintiff,

  v.

San Quentin Medical Staff, et al,

        Defendant.

Case Number: C 07-4282 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Kirkpatrick C-91406
San Quentin Prison
San Quentin, CA 94964

Dated: October 10, 2007

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

        *Cora Klein*